# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9269708 | DICKSON | 7532 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 6/18/2022 / 1352 | CVC: 12500(a) |

**Place of Offense:** Vandegrift Blvd, in the Parking lot of BLDG 20844

HAZMAT ☐

**Offense Description; Factual Basis for Charge:** Driving without a License in California.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Duale | Faiso | S |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9BGP211 | CA |  | Nissan/Versa |  | Red |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00 Forfeiture Amount
+ $30 Processing Fee
$ 130.00 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

22 - 01810

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 West Broadway, San Diego, CA 92101

Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Defendant Signature:** REFUSE TO SIGN

Original - CVB Copy
148113 RTZ  *9269708*  (G,NC2)

---

(For issuance of an arrest warrant or summons)

I state that on **18 Jun**, 20**22** while exercising my duties as a law enforcement officer in the **Southern** District of **California**.

On 20220618, at 1352, after receiving information that a red Nissan Versa with California plates 9BGP211 left the scene of a Domestic Disturbance and Sexual Assault. I observed the vehicle in question parked in front of McDonalds at BLDG 20844. I observed the vehicle back out of the parking spot and drive around the parking lot to the drive-thru of McDonalds. At which time I conducted a traffic stop on the vehicle and made contact with the driver Duale Faiso who was the only person in the vehicle. I stated why I was there and asked her for her driver's license. She stated that she didn't have a driver's license. An ARJIS inquiry was conducted and revealed that Duale, Faiso had no license issued.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/18/2022**  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/08/2022 14:34